DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PROGRESSIVE EXPRESS INSURANCE COMPANY**,
Appellant,

v.

**PHILIP C. BELIDOR** and **LECRYSTAL JADE CLAY**,
Appellees.

No. 4D18-3372

[ August 7, 2019 ]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE-18-004832-03.

Nancy A. Copperthwaite and Marcy Levine Aldrich of Akerman LLP, Miami, and Tracy T. Segal of Akerman LLP, West Palm Beach, for appellant.

Kenneth D. Cooper, Fort Lauderdale, for appellee Philip C. Belidor.

PER CURIAM.

*Affirmed. See R.C. Storage One, Inc. v. Strand Realty, Inc.*, 714 So. 2d 634, 635 (Fla. 4th DCA 1998) (noting that "[t]he plaintiff's venue choice is presumptively correct, and a defendant bears the burden to prove that a trial in the county in which the action was filed would work a substantial inconvenience to it, and to witnesses" and affirming a venue determination where the defendant's "affidavits failed to disclose any information as to the necessity, relevance or significance of the evidence to be presented by these witnesses").

TAYLOR, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***